# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

United States
**Plaintiff(s),**

v.

Valena Alicia Acosta-Gwynn
**Defendant(s)**

Case No. CR-21-139

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

(Plaintiff/**Defendant**)   Valena Alicia Acosta-Gwynn
(Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ [signature]          7/13/21
Signature              Date

John A Jensen
Print Name

**Criminal Cases Only:**

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Jensen Law Firm
Firm

2207 N Broadway
Address

OKC              OK          73103
City             State       Zip Code

(405) 474-5245
Telephone

jensenlawfirm926@gmail.com
Internet E-mail Address

REVISED 05/14/18

*Certificate of Service*

☑ I hereby certify that on   7/13/21   , I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/
s/ Attorney Name