CRIMINAL COURTROOM MINUTE SHEET
GRAND JURY ARRAIGNMENT ON INDICTMENT

DATE 7/13/2021    CASE NO. CR-21-139-SLP    RECORD: Ctrm 201, 3:00 p.m.; 15 minutes

MAGISTRATE JUDGE GARY M. PURCELL    CTRM DEPUTY CARRIE JAMES

UNITED STATES OF AMERICA vs. VALENA ALICIA ACOSTA-GWYNN

__X__ Dft states true and correct name as _____same_____ Age _43_

PLF CNSL DANIELLE CONNOLLY    DFT CNSL ANDREW CASEY/JOHN JENSON
                                                                  CJA           Retained
PT SERVICES: CANDICE JONES    INTERPRETER: _____

__X__ Defendant appears in custody of USM with counsel.
__X__ Defendant informed that he / she is not required to make a statement and that any statement made by him/her may be used against him / her.
__X__ Defendant advised of his / her right of consular notification.
__X__ Defendant provided copy of Indictment. Dft fully advised by the Govt's statement of the substance of the count(s).
__X__ Court inquires of Plaintiff regarding notifying victim(s) of their rights.
__X__ Parties informed of FRCrP 5(f) obligation under *Brady* and possible consequences.
__X__ Defendant enters plea of Not Guilty.
__X__ Case set on jury docket beginning the week of SEPTEMBER 14TH, 2021 at 9:30 A.M.
__X__ Govt recommends Dft be detained based on risk of flight and/or danger to the community and requests a -day continuance / is ready to proceed with the detention hearing. Upon motion of the Govt and request for continuance by (both) Govt & Dft, detention hearing is set for Thursday, July 15th, 2021 @ 11:00
_____ Defendant temporarily detained pending detention hearing. Written Order entered.

_____ Defendant waives right to detention hearing. Waiver of Detention Hearing and Consent to Order of Detention Pending Further Proceedings entered. Order of Detention entered.

_____ Defendant requests the Detention Hearing be postponed at this time reserving the right to request a hearing at a later date should Defendant be released from current hold/sentence.

_____ Defendant released on previously posted bond w/conditions per Release Order.

_____ Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his/her appearance in court and the safety of the community.

_____ Defendant detained per Detention Order previously entered

_____ The Court finds good cause to exceed the 3 and 5-day time limits provided by the Bail Reform Act. A Detention Hearing will not be held at this time based upon Defendant=s federal hold/sentence (in this or other jurisdictions). Should Defendant be released from the hold/sentence, a Detention Hearing will be promptly held upon request of either party.

_____ Defendant remanded to custody of USM pending execution of bond.

__X__ Defendant remanded to the custody of USM. _____
__X__ Mr. Casey's oral motion to withdraw is Granted.