AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

__WESTERN__ DISTRICT OF __OKLAHOMA__

UNITED STATES OF AMERICA

V.

VALENA ALICIA ACOSTA-GWYNN

**NOTICE OF HEARING**

CASE NUMBER: CR-21-139-SLP-2

USM CUSTODY
Type of Case

☐ CIVIL    ☒ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| William J. Holloway, Jr. United States Courthouse<br>200 N. W. 4th Street<br>Oklahoma City, Oklahoma 73102 | **Courtroom No. 201** |
| | DATE AND TIME |
| | **Thursday, JULY 15TH, 2021 at 11:00 A.M.** |

TYPE OF PROCEEDING

**DETENTION HEARING**

TAKE NOTICE that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED DATE AND TIME |
|---|---|---|
| William J. Holloway, Jr. United States Courthouse<br>200 N.W. 4th Street<br>Oklahoma City, OK 73102 | | |

__GARY M PURCELL__
U.S. MAGISTRATE JUDGE

__July 13th, 2021__
DATE

__s/Carrie James__
(BY) DEPUTY CLERK