OKWD Revised AO 442 (1/16/15)

**RECEIVED**
JUN 0 2 2021
U.S. MARSHALS W/OK

11286823

3164-0603-1083-J

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case Number: CR-21-139-SLP |
| ) | |
| ) | |
| VALENA ALICIA ACOSTA-GWYNN ) | |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* VALENA ALICIA ACOSTA-GWYNN,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
21:846 DRUG CONSPIRACY
21:841(a)(1) POSSESSION OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE

WARRANT ISSUED:
10:07 am, Jun 02, 2021
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

**Kathleen Thompson, Deputy Clerk**
**Oklahoma City, Oklahoma**

### Return

This warrant was received on *(date)* 7-13 and 2021 and the person was arrested on *(date)* _____
at *(city and state)* _____

ARRESTED ON: 7-13-2021
WITHIN THE W DISTRICT OF OK
BY: HSI, OKC

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*