# DETENTION HEARING COURTROOM MINUTE

CASE NO. __CR-21-139-SLP-2__   DATE _7/15/2021_   RECORDING __Ctrm #201; 11:00 AM; 1 hour__

UNITED STATES OF AMERICA   VS __VALENA ALICIA ACOSTA-GWYNN__

MAGISTRATE JUDGE GARY M. PURCELL   DEPUTY: CARRIE JAMES

PLF CNSL __DANIELLE CONNOLLY__   DFT CNSL: __JOHN JENSEN__
                                                                   Retained
PT SERVICES __RAVEN McDANIEL__   INTERPRETER: _____

__X__ Defendant appears, custody of USM, with counsel.
__X__ Parties announce ready.
__X__ Parties provided with a written /an oral Pretrial Services report / Petition for Supervised Release Violation.
__X__ Court inquires of Plaintiff regarding notifying victim(s) of their rights.

## PRELIMINARY HEARING

____ Preliminary Hearing waived. Waiver entered.
____ Government introduces evidence w/testimony of _____ witness(es) and rests.
____ Defendant introduces evidence w/testimony of _____ witness(es) and rests.
____ Defendant rests without introducing evidence.
____ Government-Defendant proffer(s) evidence and rests.
____ Court finds probable cause that the alleged offense(s) have/has been committed and that the Defendant committed them/it.
____ Defendant to appear for further proceedings. _____

## DETENTION HEARING

____ Govt withdraws request for detention and recommends Dft be released on bond with conditions per release order.
____ Defendant requests the Detention Hearing be postponed at this time reserving the right to request a hearing at a later date should Defendant be released from current hold/sentence. Detention Order entered.
____ Dft waives right to detention hearing. Waiver of Detention Hearing and Consent to Order of Detention Pending Further Proceedings entered. Order of Detention entered.
__X__ Govt introduces evidence w/testimony of _____ witness(es) and rests.
____ Dft introduces evidence w/testimony of _____ witness(es) and rests.
__X__ Dft proffer(s) evidence and rests.
____ Govt-Dft rest(s) without introducing evidence.
__X__ Govt-Dft make(s) closing statements.

WITNESS(ES) FOR GOVERNMENT
1. Ryder Burpo
2. _____

WITNESS(ES) FOR DEFENDANT
1. _____
2. _____

**COURT ORDERS:**
____ The Court finds good cause to exceed the 3 and 5-day time limits provided by the Bail Reform Act. A Detention Hearing will not be held at this time based upon Defendant=s federal hold/sentence (in this or other jurisdictions). Should Defendant be released from the hold/sentence, a Detention Hearing will be promptly held upon request of either party.
____ Dft temporarily detained pending further hearing.
____ Detention Hearing held. Def ordered released on present conditions of supervised release with addition of electronic location monitoring and home detention.
____ Dft detained pending Final Revocation Hearing. Detention Order entered. Dft remanded to USM.
____ Dft released with non-financial conditions per Release Order.
__X__ Bond set at _$5,000 Unsecured Bond_ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his/her appearance in court and the safety of the community.
____ Dft released on previously posted bond w/conditions per Release Order.
__X__ Dft remanded to custody of USM pending execution of bond.