**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 304

CRIMINAL JURY DOCKET BEFORE JUDGE SCOTT L. PALK
**BEGINS TUESDAY, SEPTEMBER 14, 2021 AT 9:30 A.M.**

**PRETRIAL CONFERENCES WILL BE HELD:   DATE TO BE DETERMINED**

PHOTO ID IS REQUIRED FOR **ANYONE** ENTERING THE FEDERAL COURTHOUSE.

**NOTICE TO ALL COUNSEL:** ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES **MUST** BE FILED AND/OR PRESENTED TO THE COURT **NO LATER THAN TUESDAY, AUGUST 31, 2021.**   By separate order, the parties will be notified of the designated date and time for their respective Pretrial Conference.

| | | |
|---|---|---|
| **CR-21-43-SLP** | United States of America | David M. McCrary<br>Nicholas M. Coffey |
| | v. | |
| | Pedro Landeros Murillo (Custody) | Traci L. Rhone |
| **CR-21-127-SLP** | United States of America | Brandon T. Hale |
| | v. | |
| | Christina Nelson-Coddington (Custody) | William P. Earley |
| **CR-21-138-SLP** | United States of America | Danielle M. Connolly |
| | v. | |
| | Xavier Perez (on bond)<br>Minerva Guzman Lopez (on bond) | Jay D. Husbands<br>Christine M. Cave |

| | | |
|---|---|---|
| **CR-21-139-SLP** | United States of America | Danielle M. Connolly |
| | v. | |
| | Valena Alicia Acosta-Gwynn (on bond) | John J. Jensen |
| **CR-21-186-SLP** | United States of America | Matthew P. Anderson |
| | v. | |
| | Nikimba Patrece Fletcher (Custody) | Douglas L. Parr |