# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Dated:  September 3, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR-21-139-SLP |
| | ) | |
| VALENA ALICIA ACOSTA-GWYNN, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTER ORDER**:

This matter is set for a Final Pretrial Conference on September 7, 2021 at 11:00 a.m., in Courtroom 304.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE SCOTT L. PALK**.

**Carmelita Reeder Shinn, Clerk of Court**
**Western District of Oklahoma**

By:    *s/Marcia J. Davis*
         Deputy Clerk