# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

WILLIAM J. HOLLOWAY, JR. UNITED STATES COURTHOUSE
N. W. 4TH & HARVEY, OKLAHOMA CITY, OKLAHOMA
COURTROOM NO. 304

CRIMINAL JURY DOCKET BEFORE JUDGE SCOTT L. PALK
**BEGINS TUESDAY, OCTOBER 12, 2021 AT 9:30 A.M.**

**PRETRIAL CONFERENCES WILL BE HELD:   DATE TO BE DETERMINED**

PHOTO ID IS REQUIRED FOR **ANYONE** ENTERING THE FEDERAL COURTHOUSE.

**NOTICE TO ALL COUNSEL:** ANY MOTIONS TO CONTINUE AND/OR PLEA CHANGES **MUST** BE FILED AND/OR PRESENTED TO THE COURT **NO LATER THAN THURSDAY, SEPTEMBER 30, 2021.**   By separate order, the parties will be notified of the designated date and time for their respective Pretrial Conference.

| | | |
|---|---|---|
| **CR-21-139-SLP** | United States of America | Danielle M. Connolly |
| | v. | |
| | Valena Alicia Acosta-Gwynn (on bond) | John J. Jensen |
| **CR-21-186-SLP** | United States of America | Matthew P. Anderson |
| | v. | |
| | Nikimba Patrece Fletcher (Custody) | Douglas L. Parr |
| **CR-21-215-SLP** | United States of America | Daniel Gridley<br>Brandon T. Hale |
| | v. | |
| | Salvadore Anico Kaskaske (Custody) | Jeffrey M. Byers |

| **CR-21-233-SLP** | United States of America | K. McKenzie Anderson |
|---|---|---|
| | v. | |
| | Ricardo Robledo (on Bond) | Edward M. Blau |