# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Dated: September 28, 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CR-21-139-SLP |
| VALENA ALICIA ACOSTA-GWYNN, | ) ) ) | |
| Defendant. | ) | |

**ENTER ORDER**:

This matter is set for a Final Pretrial Conference on October 8, 2021 at 10:00 a.m.,., in Courtroom 304.

**THE ABOVE ORDER ENTERED AT THE DIRECTION OF JUDGE SCOTT L. PALK**.


**Carmelita Reeder Shinn, Clerk of Court**
**Western District of Oklahoma**


By:     *s/Marcia J. Davis*
         Deputy Clerk