# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA

vs.

VALENA ALICIA ACOSTA-GWYNN

**NOTICE OF HEARING**

Case Number CR-21-139-SLP

**Defendant on Bond**

Type of Case _____ CIVIL        _____X_____ CRIMINAL

### *TAKE NOTICE*

That a proceeding in this case has been scheduled for the place, date and time set forth below:

Place:  U.S. Courthouse
        Courtroom 304
        200 N.W. 4th Street
        Oklahoma City, Oklahoma 73102

**DATE AND TIME**

**October 12, 2021 at 9:00 a.m.**

All attorneys and other persons entering the U.S. Courthouse will be required to show valid photo identification.

TYPE OF PROCEEDING         **CHANGE OF PLEA**

**TAKE NOTICE- defendant and defendant's counsel should be prepared to participate in the initial presentence interview with the U.S. Probation Office immediately after the plea hearing.**   The interview ordinarily takes 1 1/2 to 2 hours.

TAKE NOTICE: that the proceeding has been rescheduled as indicated below:

Place:  U.S. Courthouse
        200 N.W. 4th Street
        Oklahoma City, Oklahoma 73102

**Date and Time Previously Scheduled**

JUDGE SCOTT L. PALK

by: */s/ Marcia J. Davis*
      Deputy Clerk

cc:   AUSA
      COUNSEL
      USMS
      USPO