# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. CR-21-139-SLP |
| VALENA ALICIA ACOSTA-GWYNN, | ) | |
| Defendant. | ) | |

**MINUTE SHEET OF PROCEEDINGS:** ☒ **CHANGE OF PLEA**  ☐ **WAIVE AND FILE**

| **Honorable Scott Palk, Presiding** | Marcia J. Davis, Deputy Clerk |
|---|---|
| Emily Ealke, Court Reporter | Whitney Chakroun, U.S. Probation Officer |
| Interpreter – N/A<br>☐ Interpreter Sworn | Date proceedings held: 10/12/2021 @ 9:00 a.m.<br>Time in court: 30 minutes |

| Appearance for Government:<br>Danielle M. Connolly, AUSA | Appearance for Defendant:<br>JJohn A. Jensen |
|---|---|

**HEARING CONCLUDED:** ☒ Yes;  ☐ No;

**Type of Proceedings held:**

☒ <u>Change of Plea</u>  ☐ <u>Waive and File</u>  ☐ Other: _____ ;
☒ Held on count(s) ___1___ of the _____two_____ counts :
☒ ☒ Indictment; ☐ Information; ☐ Superseding Indictment; ☐ Superseding Information filed: <u>6/1/2021</u>;
☒ Defendant **SWORN**;
☒ Defendant enters a **plea** of:  ☒ <u>Guilty</u>;  ☐ <u>Not Guilty</u>;  ☐ <u>Other</u>;
☒ Sentencing Guidelines applicable; maximum penalty: <u>Life and/or a fine of $10,000,000.00</u> .

☒ Waiver of Jury Trial filed;
☐ Waiver of Indictment filed;
☒ ☒ Plea Agreement filed (*See* plea agreement for specifics);  ☐ No Plea Agreement filed;
☒ ☒ Supplemental Plea Agreement filed under seal;  ☐ No sealed supplemental plea agreement filed;
☒ ☒ Plea Petition filed;  ☐ Plea Petition only filed;
☒ Sentencing Hearing to be set upon completion of the final presentence report;

☐ Defendant Bond:  ☐ **Set**: Unsecured $_____; ☐ Cash; ☐ Surety; ☐ 10%; ☐ Personal Recognize;
☐ Defendant failed to appear, **Bench Warrant** issued;
☐ Status of **Bond**: ☐ Continued; ☐ Forfeited;
☐ Defendant **Custody/Detention** Continued;
☒ Defendant **REMANDED** to the Custody of the U.S. Marshal pending sentencing;

*Other Proceedings:*

*Rev.Minute.Guilty.2017*