IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) No. CR-21-139-SLP |
| VALENA ALICIA ACOSTA-GWYNN,<br>a/k/a Valena Alicia Acosta, | ) ) ) ) |
| Defendant. | ) ) |

## WAIVER OF JURY TRIAL

I, the undersigned defendant, having been fully advised of the charges against me and of my rights in connection with the charges, do hereby waive those rights, including my right to a trial by jury, and agree to enter a plea of guilty to the court as provided by Rule 11 of the Fed. R. Crim. P.

Date: 10/12/21

_____
VALENA ALICIA ACOSTA-GWYNN
DEFENDANT

_____
JOHN JENSEN
COUNSEL FOR DEFENDANT

_____
DANIELLE M. CONNOLLY
COUNSEL FOR GOVERNMENT

Before _____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE