# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: CR-21-139-SLP |
| | ) | |
| VALENA ACOSTA-GWYNN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Defendant's Motion for Enlargement of Time in Which to File PSR Objections, filed on April 8, 2022 [Doc #67]. The Motion is GRANTED. Counsel shall submit his objections to the Initial Presentence Investigation Report on or before April 18, 2022.

IT IS SO ORDERED this 8th day of April, 2022.

*[signature]*

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE