# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: CR-21-139-SLP |
| ) | |
| VALENA ACOSTA-GWYNN ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## SECOND MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE PSR OBJECTIONS

COMES NOW, the Defendant, Valena Acosta-Gwynn, through her attorney of record, John Jensen, and moves the Court for an Order granting an enlargement of time in which to file the PSR objections. In support of said motion counsel shows the Court the following:

1. That the Presentence Investigation report was filed on March 25, 2022 and objections were due on April 8, 2022.

2. That an extension in which to file PSR objections was granted by the Court and they were ordered to be filed by April 18, 2022.

3. That as previously stated in his first motion, counsel had a heart attack on December 27, 2021 and has had continuing medical complications since that date.

4. That on January 9, 2022 counsel had severe complications and was placed back in the hospital where he had pacemaker and cardiac defibrillator implants.

5. That on March 20, 2022 counsel had an atrial fibrillation which caused his cardiac defibrillator to activate.

6. That counsel was placed back in the hospital for 8 days for observation and medical attention due to the atrial fibrillation.

7. That since the filing of the previous extension motion counsel has had further heart-related medical complications.

8. That counsel was essentially bed-ridden until April 15, 2022 when he attempted to return to work.

9. That on April 15, 2022 counsel had another atrial fibrillation and made a fourth trip to the hospital at OU Medical Center.

10. That counsel was just released from the hospital this morning.

11. That counsel's doctors are hopeful that the recent corrections made will alleviate counsel's condition without the necessity of additional surgery.

12. That as a result, defense counsel requests further time to review the PSR contents with the Defendant and prepare any potential objections.

13. That the counsel respectfully requests an additional 10 days in which to file his written objections to the Presentence Investigation Report.

14. That counsel has notified the United States Probation Officer Whitney Chakroun regarding the requested time extension and she has no objection.

15. That counsel has notified Danielle Connolly, Assistant United States Attorney, regarding the requested time extension and she has no objection.

WHEREFORE, Defendant requests until April 28, 2022 in which to file any objections she may have to the Presentence Investigation Report.

Respectfully Submitted,

*S/ John Jensen*
John A. Jensen, OBA# 19134
2200 N. Classen, Suite 1004
Oklahoma City, Oklahoma 73016
Phone: (405) 474-5245
Fax: (405) 231-5552
Jensenlawfirm926@gmail.com
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

This is to certify that on this 18th day of April 2022, the foregoing document was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal to all known ECF registrants.

*S/ John Jensen*
John Jensen