# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No: CR-21-139-SLP |
| ) | |
| VALENA ACOSTA-GWYNN, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE PSR OBJECTIONS

Before the Court is the Defendant's Second Motion for Enlargement of Time in Which to File PSR Objections, filed on April 18, 2022 [Doc #77], which requests until April 28, 2022 in which to file objections to the Presentence Investigation Report.

Having reviewed the Defendant's Second Motion for Enlargement of Time in Which to File PSR Objections and having considered its premises, the Court finds that there is sufficient and just cause in which to grant said motion.

Accordingly, the Court hereby GRANTS the Defendant's Second Motion for Enlargement of Time in Which to File PSR Objections.

It is therefore ORDERED that the Objections to the Presentence Investigation Report on due on or before April 28, 2022.

IT IS SO ORDERED this 18th day of April, 2022.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE